cc: SASP

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2026

at 3 o'clock and 16 min. P M
Lucy H. Carrillo, Clerk

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

Sohail Rana
NAME

1192 Alakea St #1604
MAILING ADDRESS

Honolulu, HI 96813
CITY, STATE, ZIP CODE

737-737-1796
TELEPHONE NUMBER

FACSIMILE AND EMAIL (if applicable)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Sohail Rana<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO<br><br>Defendant(s), | CIVIL NO. CV26 00595 SASP WRP<br><br>EMPLOYMENT DISCRIMINATION COMPLAINT |

1. Plaintiff resides at:

   Address: 1192 Alakea St

   City, State & Zip Code Honolulu, HI 96813

   Phone number: 737-737-1796

2. Defendant is located at: Sysco Foods

   Address: 716 UMI ST

   City, State & Zip Code Honolulu, HI 96813

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4. This acts complained of in this suit concern:

A. ☐ Failure to employ me.

B. ☑ Termination of my employment

C. ☑ Failure to promote me.

D. ☑ Other acts as specified below:

Please see attacked TRO request and evidence attached. I have trouble writing due to a hand injury permanant damage from opening and closing cargo containers doors while on duty with Sysco Foods Hawaii.

5. Defendant's conduct is discriminatory with respect to the following:

A. ☐ My race or color.

B. ☐ My religion.

C. ☐ My sex.

D. ☐ My national origin.

E. ☑ Other acts as specified below: Veteran Status

6. The basic facts surrounding my claim of discrimination are:

I was left homeless after the VA unfairly denied me Vocational Rehab Benefits. This practice is still in place, Sysco tried to fire me as soon as they could collect money & incentives as promised. And used their govt contract in other ways ~~to~~ that have already been presented to court. The digital targeting has now given to physical & emotional scars for life

7. The alleged discrimination occurred on or about ______________________.
(Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about ______________.
(Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: 11/20/2026

______________________________
Signature of Plaintiff

______________________________
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*